FILED
May 25, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> TRACI MARIE LINZMEIER, ) <br> ) <br> Defendant. ) | Case No. 2:10-MJ-0148-EFB <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Traci Marie Linzmeir</u>, Case No. <u>2:10-MJ-0148-EFB</u>, Charge <u>Title 18 USC §§ 1343, 1028A(a)(1), 1708</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_ Release on Personal Recognizance

X Bail Posted in the Sum of $ <u>25,000.00</u>

X Unsecured Appearance Bond

\_\_ Appearance Bond with 10% Deposit

\_\_ Appearance Bond with Surety

\_\_ Corporate Surety Bail Bond

X (Other) <u>Pretrial Services Supervision of Conditions.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released". *Defendant to be released by U.S. Marshal on 5/26/10 @ 8:30 a.m. to the Pretrial Services Officer for transport to the Effort.*

Issued at <u>Sacramento, CA</u> on <u>May 25, 2010</u> at <u>2:35</u> pm.

*DAD*

By *[signed] Dale A. Drozd*

Dale A. Drozd
United States Magistrate Judge