DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, #91413
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
TRACI MARIE LINZMEIER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:10-mj-0148 EFB |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER TO EXTEND TIME FOR PRELIMINARY EXAMINATION AND EXCLUDE TIME |
| TRACI MARIE LINZMEIER, ) | |
| Defendants. ) | Date: June 14, 2010<br>Time: 2:00 p.m.<br>Judge: Hon. Kimberly J. Mueller |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Michelle Rodriguez, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Ms. Linzmeier that the Preliminary Examination scheduled for June 15, 2010, be vacated and that time beginning June 15, 2010, and extending through July 23, 2010, be excluded from time under the Speedy Trial Act within which an indictment must be found.  Further, Ms. Linzmeier consents to an extension of the time for preliminary examination until July 23, 2010. Fed. R. Crim. P. 5.1(d).  The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv). In particular, the time is required so that the parties can discuss a

1 proposed disposition and conduct investigation.

2 Defense Counsel has talked to Ms. Linzmeier and represents that
3 she consents to this continuance and exclusion of time, and she agrees
4 that the interests of justice are furthered thereby.

5 The parties stipulate that the interests of justice outweigh the
6 interest of the public and the defendants in a speedy filing of an
7 indictment or information, 18 U.S.C. §§ 3161(b)(h)(7)(A), and further
8 that this good cause outweighs the public's interest in the prompt
9 disposition of this criminal case.  Fed. R. Crim. P. 5.1(d).

10 The parties further request that this matter be taken off calendar
11 until July 23, 2010, or such other future time as any party may request
12 a hearing for a purpose other than preliminary examination.

13 **IT IS SO STIPULATED**.

14 DATE: June 14, 2010          /s/ Jeffrey L. Staniels
                                JEFFREY L. STANIELS
15                              Assistant Federal Defender
                                Attorney for TRACI MARI LINZMEIER
16

17 DATE: June 14, 2010          McGREGOR W. SCOTT
                                United States Attorney
18
                          By:   /s/ Michelle Rodriguez
19                              MICHELLE RODRIGUEZ
                                Assistant U.S. Attorney
20

21      IT IS SO ORDERED.

22

23 DATE:  June 15, 2010

24
                                _____
25                              U.S. MAGISTRATE JUDGE
26
27
28

Stip & Order                    -2-